# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3117

_____

Mohamed Gouse Shaik

*Plaintiff - Appellant*

v.

Experity, formerly known as DocuTap

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: June 3, 2024
Filed: June 6, 2024
[Unpublished]

_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this employment-discrimination action, Mohammed Shaik appeals the judgment entered after the district court[1] directed an adverse verdict on some of his

---

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

claims and a jury returned a verdict in favor of his former employer on his remaining claims. Shaik failed to present the district court with the arguments he now presses on appeal and has thus failed to preserve them for our review. *See Wiser v. Wayne Farms*, 411 F.3d 923, 926 (8th Cir. 2005) (noting our regular refusal to consider arguments not presented to the district court). Seeing no reason to reach Shaik's unpreserved arguments, *see id.* at 926-27 (discussing the circumstances, not present here, under which we might address such arguments), we affirm. *See* 8th Cir. R. 47B.

_____